| | | |
|---|---|---|
| Brian Audette | The Honorable: | PAMELA S. HOLLIS |
| Perkins Coie LLP | Chapter   7 | |
| 131 South Dearborn St | Location: | 219 S. Dearborn, Courtroom 644, Chicago, IL |
| Ste. 1700 | Hearing Date: | 08/15/2013 |
| Chicago, IL  60603-5559 | Hearing Time: | 10:30am |
| (312) 324-8534 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: VIVANCO, GABRIEL | § | Case No. 11-35854 |
| VIVANCO, BERTHA ALICIA | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that Brian Audette, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  219 S. Dearborn Street, 7th Floor
  Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 08/15/2013 in Courtroom 644, United States Courthouse, 219 S. Dearborn Street
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 07/17/2013          By: Brian A. Audette
                                          Trustee

Brian Audette
131 South Dearborn St
Ste. 1700
Chicago, IL  60603-5559
(312) 324-8534
BAudette@perkinscoie.com

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Brian Audette | The Honorable: | PAMELA S. HOLLIS |
| Perkins Coie LLP | Chapter   7 | |
| 131 South Dearborn St | Location: | 219 S. Dearborn, Courtroom 644, Chicago, IL |
| Ste. 1700 | Hearing Date: | 08/15/2013 |
| Chicago, IL  60603-5559 | Hearing Time: | 10:30am |
| (312) 324-8534 | Response Date: | /   / |
| Chapter 7 Trustee | | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  VIVANCO, GABRIEL           §   Case No. 11-35854
        VIVANCO, BERTHA ALICIA     §
                                    §
Debtor(s)                           §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*           $           32,478.59
*and approved disbursements of*                $                0.00
*leaving a balance on hand of*  [1]            $           32,478.59

**Balance on hand:**                           $           32,478.59

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $         0.00
Remaining balance:                       $    32,478.59

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Brian Audette, Chapter 7 Trustee | 1,594.21 | 0.00 | 1,594.21 |

Total to be paid for chapter 7 administration expenses:   $    1,594.21
Remaining balance:                                        $   30,884.38

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 30,884.38

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 30,884.38

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,834.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 627.38 | 0.00 | 627.38 |
| 2 | Quantum3 Group LLC as agent for | 699.01 | 0.00 | 699.01 |
| 3 | Quantum3 Group LLC as agent for | 2,346.97 | 0.00 | 2,346.97 |
| 4 | Capital One, N.A. | 1,033.78 | 0.00 | 1,033.78 |
| 5 | Capital One, N.A. | 2,127.27 | 0.00 | 2,127.27 |

Total to be paid for timely general unsecured claims: $ 6,834.41
Remaining balance: $ 24,049.97

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 24,049.97 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 24,049.97 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $13.49. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 24,036.48.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/Brian Audette
Trustee

Brian Audette
131 South Dearborn St
Ste. 1700
Chicago, IL  60603-5559
(312) 324-8534
BAudette@perkinscoie.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                                 Case No. 11-35854-PSH
Gabriel Vivanco                                                        Chapter 7
Bertha Alicia Vivanco
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0752-1           User: tmaurer                Page 1 of 3                  Date Rcvd: Jul 19, 2013
                               Form ID: pdf006              Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2013.
db/jdb        +Gabriel Vivanco,   Bertha Alicia Vivanco,   259 Brittany Dr,   APT# B,
                Streamwood, IL 60107-1389
17748642      +Alexian Brothers Hospital,   Attn: Bankruptcy Dept.,   1650 Moon Lake Blvd.,
                Hoffman Estates, IL 60169-1010
17748638      +Athletico,   Attn: Bankruptcy Dept.,   709 Enterprise Dr,   Oak Brook, IL 60523-8814
17748640      +Beneficial,   Bankruptcy Dept,   5133 S. Pulaski,   Chicago, IL 60632-4219
17748629     ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
                WILMINGTON DE 19801-2920
               (address filed with court: Providian,   Bankruptcy Department,    PO Box 660433,
                Dallas, TX 75266)
19629320       Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17748634       Central DuPage Hospital,   Bankruptcy Department,   25 N. Winfield Rd.,   Winfield, IL 60190
17748615      +Chase,   Attn: Bankruptcy Dept.,   201 N Walnut St # De1-10,   Wilmington, DE 19801-2920
17748631       Direct Merchants Bank,   Bankruptcy Department,   PO Box 105278,   Atlanta, GA 30348-5278
17748635      +Drs Kane, Misawa & Spiess,   Attn: Bankruptcy Dept.,   800 Biesterfield Rd,   Ste 101,
                Elk Grove, IL 60007-3372
17748622      +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
17748623      +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
17748614      +Ffcc-Columbus INC,   Attn: Bankruptcy Dept.,   1550 Old Henderson Rd St,
                Columbus, OH 43220-3626
17748617      +HSBC Bank,   Attn: Bankruptcy Dept.,   Po Box 5253,   Carol Stream, IL 60197-5253
17748616      +Merchants Credit Guide,   Attn: Bankruptcy Dept.,   223 W Jackson Blvd Ste 4,
                Chicago, IL 60606-6908
17748639       Midwest Neurosurgery & Spine,   Attn: Bankruptcy Dept.,   150 N. Winfield Rd,
                Winfield, IL 60190
17748637      +Neopath, SC,   Attn: Bankruptcy Dept.,   520 E 22nd St,   Lombard, IL 60148-6110
17748632      +OCMAC,   Attn: Bankruptcy Dept.,   PO Box 907,   Kimberling City, MO 65686-0907
17748636      +Progresive Medical Center,   Attn: Bankruptcy Dept.,   1841 W Army Trail Rd,
                Addison, IL 60101-1901
17748643      +Revenue Cycle Solutions/RCS,   Bankruptcy Department,   PO Box 7229,   Westchester, IL 60154-7229
17748628      +THD/CBSD,   Attn: Bankruptcy Dept.,   Po Box 6497,   Sioux Falls, SD 57117-6497
17748619      +Target NB,   Attn: Bankruptcy Dept.,   Po Box 673,   Minneapolis, MN 55440-0673
17748624      +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000
17748621      +Wfnnb/Roomplace,   Attn: Bankruptcy Dept.,   Po Box 2974,   Shawnee Mission, KS 66201-1374
17748633      +Winfield Radiology Consultants,   Attn: Bankruptcy Dept.,   6910 S Madison St,
                Willowbrook, IL 60527-5504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17748626       E-mail/Text: bnc-applied@quantum3group.com Jul 20 2013 00:23:38     Applied Bank,
                Attn: Bankruptcy Dept.,   601 Delaware Ave,   Wilmington, DE 19801
17748625       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 20 2013 00:32:05     Discover Financial Services,
                Attn: Bankruptcy Dept.,   Po Box 15316,   Wilmington, DE 19850
17748630       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 20 2013 00:32:05     Discover Financial Services,
                Bankruptcy Department,   PO Box 3008,   New Albany, OH 43054
19362093       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 20 2013 00:32:05     Discover Bank,
                DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
17748620      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 20 2013 00:20:59     Kohls/Capone,
                Attn: Bankruptcy Dept.,   N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
19373924       E-mail/Text: bnc-quantum@quantum3group.com Jul 20 2013 00:22:55
                Quantum3 Group LLC as agent for,   World Financial Network Bank,   PO Box 788,
                Kirkland, WA  98083-0788
19373923       E-mail/Text: bnc-quantum@quantum3group.com Jul 20 2013 00:22:55
                Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19629321*      Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17748618*     +HSBC BANK,   Attn: Bankruptcy Dept.,   Po Box 5253,   Carol Stream, IL 60197-5253
17748627*     +Kohls/Capone,   Attn: Bankruptcy Dept.,   N56 W 17000 Ridgewood Dr,
                Menomonee Falls, WI 53051-7096
17748641     ##+Hudson & Keyse, LLC,   Bankruptcy Department,   382 Blackbrook Rd.,   Painesville, OH 44077-1294
                                                                                   TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1           User: tmaurer              Page 2 of 3               Date Rcvd: Jul 19, 2013
                               Form ID: pdf006           Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 21, 2013**        **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: tmaurer              Page 3 of 3               Date Rcvd: Jul 19, 2013
                              Form ID: pdf006            Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2013 at the address(es) listed below:
        Brian  Audette    baudette@perkinscoie.com,    IL32@ecfcbis.com
        Brian  Audette    on behalf of Trustee Brian  Audette baudette@perkinscoie.com,    IL32@ecfcbis.com
        Mark E Levine    on behalf of Joint Debtor Bertha Alicia Vivanco ndil@geracilaw.com
        Mark E Levine    on behalf of Debtor Gabriel  Vivanco ndil@geracilaw.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        TOTAL: 5